IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERDRIA LOWE,

      Plaintiff,

v.                                      CASE NO.  4:20cv393-RH-MJF

A1 AUTO SPORTS LLC,

      Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 7. No objections have been filed.

The report and recommendation correctly concludes that this federal court lacks jurisdiction based on diversity of citizenship because the amount in controversy is less than the jurisdictional minimum of $75,000. So even if the plaintiff was given leave to amend the allegations about the defendant's citizenship—that is, even if complete diversity of citizenship was shown to exist— the court still would not have diversity jurisdiction. Nor is there any other basis for

federal jurisdiction. This order leaves the plaintiff free to pursue any appropriate remedy in state court.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed for lack of subject-matter jurisdiction." The clerk must close the file.

SO ORDERED on November 30, 2020.

s/Robert L. Hinkle<br>United States District Judge